| | |
|---|---|
| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* 2:17CR01185-2 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* 2:24-cr-00222-GMN-MDC |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rodney Cabrera | South Carolina | Charleston |
| | NAME OF SENTENCING JUDGE | |
| FILED SEP 30 2024 CLERK, U.S. DISTRICT COURT DISTRICT OF NEVADA BY: AMMi DEPUTY | The Honorable David C. Norton, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM March 17, 2023 — TO March 16, 2028 |

**OFFENSE**

Count 2: Possession with Intent to Distribute and Distribution of Methamphetamine

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Mr. Cabrera has no intentions of returning to the District of South Carolina

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                DISTRICT OF    South Carolina

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    District of Nevada    upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

August 8, 2024
Date

_/s/_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE                DISTRICT OF    NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

October 2, 2024
Effective Date

_/s/_
United States District Judge

1